IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHAVEZ PROPERTIES-AIRPORT
PARKING ALBUQUERQUE, L.P.,
a Georgia Limited Partnership, and
PARKING COMPANY OF AMERICA, INC.,
a Georgia corporation,

    Plaintiffs,

vs.                                                                  Civ. No. 02-145 JP/DJS (ACE)

JOHN LORENTZEN, individually, and
PARK & SHUTTLE, INC., a New Mexico
corporation,

    Defendants.

## MEMORANDUM OPINION AND ORDER

On February 19, 2002, the Defendants filed a Motion to Quash Temporary Restraining Order (Doc. No. 13). The Temporary Restraining Order (Doc. No. 3) entered by the Honorable William P. Johnson on February 11, 2002, expired by its own terms on February 21, 2002. Consequently, the Defendants' Motion to Quash Temporary Restraining Order is now moot.

IT IS ORDERED that the Defendants' Motion to Quash Temporary Restraining Order (Doc. No. 13) is denied as moot.

_____
CHIEF UNITED STATES DISTRICT JUDGE