IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHAVEZ PROPERTIES-AIRPORT
PARKING ALBUQUERQUE, L.P.,
a Georgia Limited Partnership, and
PARKING COMPANY OF AMERICA, INC.,
a Georgia corporation,

    Plaintiffs,

vs.                                        Civ. No. 02-145 JP/DJS (ACE)
                                            consolidated with
                                            Civ. No. 02-198 BRB/RLP and
                                            Civ. No. 02-209 WPJ/LFG

JOHN LORENTZEN, individually, and
PARK & SHUTTLE, INC., a New Mexico
corporation,

    Defendants.

## MEMORANDUM OPINION AND ORDER CONSOLIDATING
## CIV. NOS. 02-145 JP/DJS, 02-198 BRB/RLP, and 02-209 WPJ/LFG

On February 22, 2002, I held a hearing on the Plaintiffs' request for a preliminary injunction. Penni Adrian represented the Plaintiffs at the hearing and Michael Danoff represented the Defendants. Also present at the hearing were Robert and Tim Chavez (corporate representatives for the Plaintiffs), Defendant John Lorentzen, and Wesley Golden. Counsel agreed at this hearing to consolidate Civ. Nos. 02-145 JP/DJS, 02-198 BRB/RLP, and 02-209 WPJ/LFG. I find that consolidation is desirable "to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a).

IT IS ORDERED that:

1. Civ. Nos. 02-145 JP/DJS, 02-198 BRB/RLP, and 02-209 WPJ/LFG are consolidated;

2. Civ. No. 02-145 JP/DJS is the lead case; and

3. all future filings in Civ. Nos. 02-198 BRB/RLP, and 02-209 WPJ/LFG will be filed in Civ. No. 02-145 JP/DJS.

_____
CHIEF UNITED STATES DISTRICT JUDGE